# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 24, 2019

## NO. 03-18-00707-CV

**Ali Mahrou, Appellant**

**v.**

**Weeton Properties, LLC Series B, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## VACATED -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on October 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court vacates the trial court's interlocutory order. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.